Opinion filed March 15, 1899.

---

[Civil No. 675.]

FARMERS' AND MERCHANTS' BANK, a Corporation, Appellant, v. D. L. MURRAY, Treasurer and ex officio Tax-Collector of Maricopa County, Appellee.

APPEAL from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

W. J. Kingsbury, for Appellant.

Thomas E. Flannigan, for Appellee.

SLOAN, J.—The judgment of the lower court in this case is affirmed upon the authority of *Banking Company* v. *Murray* (decided at this term), *ante,* p. 215, 56 Pac. 728; the questions considered and determined in that case being conclusive of the propositions involved in this case.

Doan, J., and Davis, J., concur.

Opinion filed March 15, 1899.